| | |
|---|---|
| SAMUEL WALLACE; JIMMY TAYLOR; and MARK JONES, <br><br> Plaintiffs, <br><br> v. <br><br> SGT. DARRYL EUGENE COULTER, SR. and TOWN OF SPRING LAKE, <br><br> Defendants. | **JUDGMENT** <br><br> No. 5:10-CV-354-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 13, 2014, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on February 13, 2014, and Copies To:**

Mark A. Key (via CM/ECF Notice of Electronic Filing)
Brian E. Edes (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| February 13, 2014 | JULIE A. RICHARDS, CLERK <br> /s/ Christa N. Baker <br> (By) Christa N. Baker, Deputy Clerk |